UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE BANKS and LAKEESHA PAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY GROUP ONE, INC., GATEWAY SECURITY, INC., and GATEWAY FRONTLINE SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-06177<br><br>STIPULATION OF DISMISSAL<br><br>Document Filed Electronically<br><br>SO ORDERED.<br>The Clerk shall close this case.<br><br>*/s/ Esther Salas*<br>**Esther Salas, U.S.D.J.**<br>Dated: November 16, 2018 |

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the undersigned parties, that all claims asserted in the above-captioned Action by Plaintiffs Renee Banks and Lakeesha Taylor against Defendants Gateway Security, Inc. and Gateway Frontline Services, Inc., doing business as Gateway Group One, are hereby **DISMISSED WITH PREJUDICE** as to all Defendants and without costs or attorneys' fees to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| WHITE AND WILLIAMS LLP<br>Attorneys for Plaintiffs,<br>Renee Banks and Lakeesha Paylor<br><br>By: _/s/ Peter J. Mooney_<br>PETER J. MOONEY, ESQ.<br>650 Market Street, 18th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 864-7164 | GENOVA BURNS LLC<br>Attorneys for Defendants,<br>Gateway Security, Inc. and Gateway Frontline Services, Inc., d/b/a Gateway Group One<br><br>By: _/s/ Patrick W. McGovern_<br>PATRICK V. MCGOVERN, ESQ. (1246)<br>494 Broad Street<br>Newark, New Jersey 07102<br>Telephone: (973) 535-7129<br>11/12/18. |

14470454v1 (3206.035)